Argued and submitted November 17, reversed and remanded December 1, 1982

MEHRER,
*Appellant,*
*v.*
INA LIFE INSURANCE COMPANY,
*Respondent.*

(No. A7806-09794, CA A24360)

653 P2d 1315

Gregory W. Byrne, Portland, argued the cause and filed the briefs for appellant.

Mildred J. Carmack, Portland, argued the cause for respondent. With her on the brief were James D. Huegli, and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

Plaintiff appeals from a judgment for the defendant in this action on an accidental life insurance policy entered following a jury verdict. We agree with plaintiff that the trial court erred in each of the three respects assigned as error, and we cannot say that the errors were harmless.

Reversed and remanded.[1]

---

[1] This case is here for the second time. *Mehrer v. INA Life Ins.*, 47 Or App 687, 614 P2d 1234, *affirmed* 291 Or 115, 628 P2d 397 (1981).